IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANTWAN MATTHEWS,**                                                                                  **PLAINTIFF**
**ADC #108865**

**v.**                         **Case No. 4:22-cv-01001-KGB-JTK**

**MARK GOBER, et al.**                                                                   **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 11). Plaintiff Antwan Matthews has not filed objections, and the time to do so has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*).

It is therefore ordered that:

1. This action is dismissed without prejudice for failure to state a claim on which relief may be granted.

2. The Court recommends that this dismissal count as a "strike" for purposes of 28 U.S.C. § 1915(g).

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

It is so ordered this 18th day of January, 2023.

                                                               Kristine G. Baker
                                                               United States District Judge