# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ANTWAN MATTHEWS,**  **PLAINTIFF**
**ADC #108865**

v.    Case No. 4:22-cv-01001-KGB-JTK

**MARK GOBER, et al.**   **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Antwan Matthews's complaint is dismissed without prejudice. The relief sought is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* would not be taken in good faith.

So adjudged this 18th day of January, 2023.

_____
Kristine G. Baker
United States District Judge